In the Matter of the Claim of CHARLES KELLER, Respondent, against ELMER SHERWOOD, Respondent, and LUMBER MUTUAL INSURANCE COMPANY OF NEW YORK, Appellant.

THE STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 3, 1932; decided October 11, 1932.)

Motion to amend remittitur granted; return of remittitur requested and when returned it will be amended so as to award the employer-respondent a separate bill of costs. (See 259 N. Y. 640.)